# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| T-REX PROPERTY AB, | § § § | |
| Plaintiff, | § § | Civil Action No. 1:15-cv-635-TWT |
| vs. | § § | |
| RENFROE MEDIA, LLC | § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § | |

## PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER DEFENDANT'S MOTION TO DISMISS

Plaintiff, T-Rex Property AB, by and through its attorney, respectfully submits this Unopposed Motion to Extend the Deadline for T-Rex to file its opposition to Defendant, Renfroe Media, LLC's motion to dismiss. In support, T-Rex states the following:

1. On June 1, 2015 Defendant filed their Motion to Dismiss.

2. As the result of previous extensions, T-Rex's opposition to this motion is currently due on October 26, 2015.  (*See* Dkt. No. 32.)

3. Since the last extension, the parties have reached an agreement in principal that they expect to resolve this case.

1

4. Accordingly, the parties agree to extend the deadline for T-Rex to submit its opposition to Renfroe's motion to dismiss by thirty days, to November 25, 2015, to permit the parties the opportunity to finalize any agreements.

Wherefore, the parties respectfully request an extension of time for T-Rex to submit its opposition to Renfroe's motion to dismiss, by thirty days, to November 25, 2015.

Dated:  October 21, 2015         Respectfully submitted,

                                          /s/ Steven R. Daniels
                                          Steven R. Daniels
                                          Georgia Bar No. 204865
                                          FARNEY DANIELS PC
                                          800 S. Austin Ave.
                                          Suite 200
                                          Georgetown, TX 78626
                                          Phone: (512) 582-2828
                                          Fax: (512) 582-2829

                                          Kevin A. Maxim
                                          Georgia Bar No. 478580
                                          THE MAXIM LAW FIRM, P.C.
                                          1718 Peachtree St., NW
                                          Suite 599
                                          Atlanta, Georgia 30309
                                          Phone: (404) 924-4272
                                          Fax:    (404) 924-4273

                                          *Attorneys for Plaintiff*
                                          *T-Rex Property AB*

## **CERTIFICATE OF CONFERENCE**

     The parties conferred on October 21, 2015 to discuss the present motion and there is no opposition.

                                          /s/ Steven R. Daniels
                                          Steven R. Daniels

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading was prepared using Times New Roman, 14-point, and otherwise conforms to the requirements of Local Rule 5.1.

> */s/ Steven R. Daniels*_____
> Steven R. Daniels

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2015, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

> */s/ Steven R. Daniels*_____
> Steven R. Daniels